

Elizabeth R. Loveridge, #6025
Chapter 7 Trustee
265 East 100 South, Suite 300
P. O. Box 3358
Salt Lake City, Utah 84110-3358
Telephone: (801) 364-1100

Chapter 7 Trustee

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| In re: | |
|---|---|
| **Christopher Matthew Palaia** <br> SSN: XXX-XX-8059 | Case No. 10-35544 RKM <br> Chapter 7 |
| Debtor(s) | |

### NOTICE OF PAYMENT OF SMALL DIVIDENDS INTO THE UNITED STATES BANKRUPTCY COURT REGISTRY

Elizabeth R. Loveridge, the duly appointed and acting trustee in the above-captioned bankruptcy estate, pursuant to Rule 3010, Rules of Bankruptcy Procedure, hereby gives notice of payment of small dividends in to the United States Bankruptcy Court registry and represents to the Court that:

1. On August 25, 2011, the Court approved the trustee's final report and proposed distribution.

2. Pursuant to the proposed distribution, the following are the unsecured creditors having dividends less than $5.00:

T:\PalaiaNoticeofPymtSmDividends                1

| Claim No. | Creditor's name | Creditor's Address | Proposed Payment |
|---|---|---|---|
| 1. | Questar Gas Co.<br>Bankruptcy DNR244 | 1140 W 200 S<br>PO Box 3194<br>Salt Lake City, UT 84110 | $0.09 |

3. These funds are on deposit in Bank of America, account number 4438083682.

4. A check in the amount of Nine Cents ($0.09), representing said funds has been made payable to the Clerk, U.S. Bankruptcy Court and is attached hereto.

**DATED** August 31, 2011

Woodbury & Kesler, P.C.

_____
Elizabeth R. Loveridge
Chapter 7 Trustee

T:\PalaiaNoticeofPymtSmDividends                    2

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2011, I caused a true and correct copy of the foregoing **NOTICE OF PAYMENT OF SMALL DIVIDENDS INTO THE UNITED STATES BANKRUPTCY COURT REGISTRY** to be mailed, postage prepaid, to:

    Office of the United States Trustee
    Attn: Rayla Meyer
    Ken Garff Building

    Christopher Matthew Palaia
    371 Thornberry Dr.
    Draper, UT 84020-6823

    Jody L. Howe
    Utah Bankruptcy Professionals, P. C.
    9227 South 1300 East
    Sandy, UT 84094

Date: 08/31/11                                                                                                                                  Page:

## DIVIDENDS REMITTED TO THE COURT

Case Number 10-35544 - Palaia, Christopher Matthew

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **Questar Gas Company**<br>Bankruptcy/DNR244<br>1140 W 200 South<br>PO Box 3194<br>Salt Lake City, UT 84110-3194 | 000001 | 5.17 | 0.09 |
| ---------- Remittance Total --------------- | | 5.17 | 0.09 |

Elizabeth R. Loveridge, Trustee